# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Alexander Diony Hleuka | ) | 2:23-mj-0002 JDP |
| | ) | |
| *Defendant(s)* | | |

**FILED**
Jan 10, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 15, 2021__ in the county of __Sacramento__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |
| 18 U.S.C. § 1361 | Willful and Depredation Against Any Property of the United States |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Frank Pellegrini
*Complainant's signature*

Frank Pellegrini, FPS Special Agent
*Printed name and title*

Sworn to before me and signed telephonically.

Date: January 10, 2023

*Judge's signature*

City and state: Sacramento, California    Jeremy D. Peterson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Frank Pellegrini of the FPS, being duly sworn, depose and state as follows:

### Scope of Requested Criminal Complaint

1. This Affidavit is submitted in support of an application for a Criminal Complaint and arrest warrant for:
    a. **Alexander Diony HLEUKA** (Counts 1–3)

    | | |
    |---|---|
    | COUNTS 1–2 | Theft of Government Property, in violation of 18 U.S.C. § 641 |
    | COUNT 3 | Willful Injury and Depredation Against Any Property of the United States, in violation of 18 U.S.C. § 1361 |

### Agent Training and Experience

2. I Frank Pellegrini have been a criminal investigator (Special Agent) with the Federal Protective Service (FPS) since September of 2017. I am currently assigned to the Sacramento area of responsibly, investigating violations of federal law in the Eastern District of California. I am a sworn federal law enforcement officer and have authority to investigate federal offenses pursuant to Title 18 of the United States Code. I am certified to work as a criminal investigator with FPS after completing the Federal Law Enforcement Training Center's (FLETC) Criminal Investigator Training Program at Glynco Georgia.

    Prior to my time as a criminal investigator, I was a uniformed Police Officer (Inspector) with FPS for 9 years (start date: February of 2009). I was assigned as a K9 officer from 2011 to 2017. I was certified to work as an Inspector with FPS after completing FLETC's Uniformed Police Training Program in Glynco, Georgia. I was certified to work as a K9 Handler with FPS after completing Auburn University's Canine Explosives Detection Training Course in auburn Alabama.

    During my employment with FPS, I have performed law enforcement duties with the Federal Government, enforcing United States Code, Code of Federal Regulation, California Penal Code and California Vehicle Code as an official under Title 40 US code, section 1315 along with PC 830.5/PC 832. I am experienced writing and submitting criminal complaints and affidavits in pursuit of search and arrest warrants at both the Federal and State level. I am experienced in the collection and processing

evidence. I have years' experience interviewing; suspects, subjects, complainants, victims, and witnesses to gather relevant case information. I have served search warrants, arrest warrants, and bench warrants for crimes on both State and Federal violations. I continually work with federal agencies, state departments, and civilian sources to make multi-jurisdictional arrests.

3. Based on the facts set forth in this affidavit, there is probable cause to believe Alexander Diony HLEUKA has violated 18 U.S.C. § 641 (theft of government property) and 18 U.S.C. § 1361 (willful injury and depredation against any property of the United States), both Class A misdemeanors. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## Probable Cause

### A. Security Footage Shows Hleuka Cut Through Fence and Steal Two Catalytic Converters

4. During 2021, I investigated the theft of two catalytic converters from two Internal Revenue Service (IRS) vehicles parked within a gated Drug Enforcement Administration (DEA) facility located at 4328 Watt Avenue, Sacramento, in the State and Eastern District of California on May 15, 2021.

5. On May 18, 2021, I reviewed DEA security camera footage from May 15, 2021. The surveillance showed a white/Hispanic male individual, later identified as Alexander Diony HLEUKA, cut through the DEA's wrought iron metal fence, enter the property, and remove two catalytic converters from two vehicles: (1) a 2019 black Hyundai Santa Fe, bearing California license plate 8RBB917, VIN 5NMS23AD5KH135001 ("Vehicle 1"), and (2) a 2018 gray Hyundai Tucson, bearing California license plate 8DOP232, VIN KM8J23A43JU682749 ("Vehicle 2"). Both vehicles are the property of the United States government, as detailed below.

6. At approximately 3:22 p.m. on May 15, 2021, HLEUKA is observed on camera wearing a light-colored baseball style cap, a burgundy/red flannel shirt, baggy dark pants, and dark shoes/boots. HLEUKA carried a black backpack with a red panel along the top with white lettering, had a distinctive limp on his left side, and kept his left arm/hand immobilized against his chest.

7. HLEUKA approached the DEA fence line on the southwest corner near Longview Drive and stopped at the fence where the metal construction meets the stucco and set his backpack down. HLEUKA used a tool to cut through the fence, bent the third

linear metal fence rung to the left, and stepped through the fence.  HLEUKA entered the DEA property and approached the government vehicles parked on the southern most side of the parking lot while carrying a yellow hand tool with his backpack.

8. HLEUKA then approached Vehicle 1 and got on the ground next to the vehicle. HLEUKA used the yellow hand tool with his right hand only and emerged an object consistent with the size and shape of a catalytic converter.  HLEUKA placed the object into his backpack and then exited the property.

9. At approximately 3:56 p.m., HLEUKA is observed on camera reentering the DEA parking lot and approaching Vehicle 2 where he then gets under the vehicle. HLEUKA spent a period of time under the vehicle before emerging.  HLEUKA then walked around Vehicle 2, grabbed his backpack, and exited the property again. While in the vicinity of Vehicle 2, HLEUKA never used his left hand.  FPS later recovered a used white "Sawzall[1]" reciprocating saw blade from the DEA parking lot.

   **B. Site Visit and Additional Security Footage Shows Hleuka Flee to Red Roof Inn**

10. On May 15, 2021, I inspected Vehicle 1 and Vehicle 2 and observed that the catalytic converter from both vehicles appeared to have been sawed off.  A photograph of each vehicle is below.



*Photograph of Damage to Vehicle 1*

---

[1] Sawzall is a registered trademark name for a Milwaukee Brand reciprocating saw, commonly used to describe any brand of reciprocating saw.



*Photograph of Damage to Vehicle 2*

11. I inspected the DEA fence line and observed that it was damaged at the southwest corner of the property where the DEA at 4328 Watt Avenue meets the Chevron Gas Station at 4300 Watt Avenue. On this corner, I observed the third linear metal fence rung from the right was cut and/or ground open at the bottom and was bent sideways to allow pedestrian access. Upon further inspection, that was what appeared to be red dust around the edges that were cut and/or ground.



*Photograph of Damage to DEA Fence Line*

12. On May 18, 2021, I interviewed IRS Criminal Investigator Lamb. Investigator Lamb informed me that he usually starts all of IRS's vehicles stored within the DEA parking lot each week. Investigator Lamb stated that the last time he started Vehicle

4

1 and Vehicle 2 was on May 5, 2021 (ten days prior to the alleged theft). Investigator Lamb further stated that the next time he started the vehicles was May 18, 2021 when he noticed the damage.

13. On May 20, 2021, I reviewed the security camera footage from the Chevron gas station located at 4300 Watt Avenue for the date of May 15, 2021. A summary of the review is below: the camera system's date and time were off approximately 14 hours ahead of the true date and time. During the May 15, 2021 time frame, I observed HLEUKA wearing a burgundy/red flannel shirt, a backpack, dark pants, and dark shoes. HLEUKA appeared to walk with a limp and kept his left arm tucked tight against his body as his right arm was allowed to swing back and forth while walking. HLEUKA walked from the southwest corner of the DEA perimeter fence line where the fence was damaged. He then crossed Watt Avenue and appeared to enter the parking lot of the Red Roof Inn located at 4325 Watt Avenue.

14. On May 20, 2021, I reviewed the security camera footage from the Red Roof Inn located at 4325 Watt Avenue for the date of May 15, 2021. A summary of the review is below: the camera system's date and time were approximately five minutes fast. The footage showed HLEUKA wearing a light military green baseball style hat with a sticker on the bill, a black and red backpack, a burgundy/red long sleeve shirt, dark pants, and dark boots with an orange-colored inner tongue. The backpack was mostly black with a red arching panel. The red space included white lettering displaying what appeared to be one word, ending in a "Y" and beginning with a symbol.

15. On May 24, 2021, I sent out a Request for Information with a copy of the security camera footage from the DEA, Chevron Gas Station, and Red Roof Inn to local law enforcement agencies. On May 25, 2021, I was contacted by an officer with the Fulton El Camino Park Police Department, who told me he believed the subject to be HLEUKA based on driver's license comparison. As part of my investigation, I later learned HLEUKA was in jail and went to interview him, where he admitted that the DEA camera footage was him, as described below.

16. On December 6, 2022, I contacted the General Services Administration (GSA)[2] regarding ownership of Vehicle 1 and Vehicle 2. GSA provided me with Certificates of Origin for both vehicles, which list "GSA Fleet Mgt Center" as the name of the purchaser of the vehicles. GSA relayed that the Certificates of Origin are what GSA uses in place of a typical vehicle title.

---

[2] GSA is an independent agency of the United States government. It is responsible for managing and supporting the basic functioning of federal agencies.

17. On December 6, 2022, I contacted GSA regarding the DEA property located at 4328 Watt Avenue in Sacramento.  I learned that the property is managed by Easterly Government Properties, a property management company that works with GSA.  Easterly Government Properties confirmed that the DEA facility is leased by the United States and that the perimeter fence is included in the lease.

18. The repair to the DEA fence cost $334.48.  The repair to Vehicle 1 cost $2,011.64.  The repair to Vehicle 2 cost $3,055.23.  The total cost incurred by the United States for repairs to the fence and both vehicles totaled $5,401.35.

   C. *Hleuka Admits to Stealing the Two Catalytic Converters in a Post-Miranda Interview in June 2021*

19. In June 2021, I learned that HLEUKA was in custody on state charges at the Sacramento County Jail.  On June 24, 2021, I spoke with HLEUKA at the jail.  I read him his *Miranda* rights, which he acknowledged his understanding of, and I explained to him why I was there.  In a recorded interview, HLEUKA admitted that he stole the two catalytic converters from the DEA parking lot.  I showed HLEUKA a still shot of the DEA's security camera footage and then named and pointed at Watt Avenue and Longview Drive in relation to the DEA facility.  HLEUKA stated he knew which building I was talking about and then stated he did not know the facility belonged to DEA.  Next, I showed HLEUKA a still shot of the DEA's security camera footage and pointed at the piece of fence line HLEUKA cut through in order to gain entry.  I asked HLEUKA what he used to cut through the vertical metal bar as he pointed to the piece of fence line that was cut.  HLEUKA immediately stated that he used a Sawzall.  This information matched the DEA camera footage showing the subject using a yellow hand tool to cut through the fence line and to cut through the catalytic converters of the two vehicles on the day of the theft.  I then showed HLEUKA a still shot of the DEA's camera footage and pointed at the line of vehicles that were targeted.  I pointed at Vehicle 1 and Vehicle 2, and HLEUKA confirmed he took the catalytic converters from those two vehicles and admitted that he came in and out of the DEA parking lot a few times.  I then told HLEUKA that FPS recovered a white Sawzall blade near one of the targeted vehicles at the DEA facility and asked if it belonged to the yellow DeWalt Sawzall.  HLEUKA confirmed that the blade fit the Sawzall tool he used and stated that he left the blade behind because he hurt his arm.  Finally, I asked HLEUKA where he went after he left the DEA parking lot.  HLEUKA stated that he walked to the Red Roof Inn to get out of sight because he had a red backpack on.  I then showed HLEUKA a still shot of the Red Roof Inn's security camera footage and asked if the red backpack in the photo was the backpack he was referring to.  HLEUKA confirmed that it was and added that it was his

"Husky" backpack. I noted this information matched the footage from the Red Roof Inn's security footage from the day of the theft.

20. On January 9, 2023, I reviewed a criminal history report for HLEUKA and noted the following: in 2009, he was convicted of misdemeanor corporal injury on spouse/cohabitant (PC 273.5(a)) and sentenced to 5 years of probation; in 2009, he was convicted of misdemeanor contempt/resisting a court order (PC 166(a)(5)) and sentenced to 1 day in jail and 24 months of probation; in 2015, he was convicted of misdemeanor theft (PC 484(a)) and sentenced to 20 days in jail and 3 years of probation; in 2015, he was convicted of misdemeanor driving under the influence (VC 23152(e)) and sentenced to 7 days in jail and 3 years of probation; in 2016, he was convicted of felony second degree burglary (PC 459) and sentenced to 180 days in jail and 5 years of probation; also in 2016, he was convicted of felony second degree burglary (PC 459) and sentenced to 364 days in jail and 5 years of probation; in 2018, he was convicted of felony second degree burglary (PC 459) and sentenced to 5 years of probation; in 2021, he was convicted of felony vandalism (PC 594(a)) and sentenced to 182 days in jail and 2 years of probation; in 2021, he was convicted of felony grand theft (PC 487(a)) and sentenced to 182 days in jail and 2 years of probation; in 2022, he was convicted of felony grand theft (PC 487(a)) and sentenced to 210 days in jail and 2 years of probation; and in 2022, he was convicted of misdemeanor possession of burglary tools (PC 466) and sentenced to 60 days in jail and 1 year of probation.

## **Sealing Request**

21. I further request that the Court order that all papers in support of this application be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may cause HLEUKA to flee, destroy evidence, and/or tamper with witnesses.

/ / /

/ / /

/ / /

## Conclusion

22. I request that based upon this Affidavit, a Criminal Complaint and Arrest Warrant be issued for **Alexander Diony HLEUKA** charging him with two counts of theft of government property and one count of willful injury and depredation against any property of the United States.

23. I swear under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information and belief.

/s/ Frank Pellegrini
───────────────────────────
Frank Pellegrini, Special Agent
Federal Protective Service


Sworn to and subscribed telephonically on the __10__ day of January 2023.

───────────────────────────
Jeremy D. Petersen
UNITED STATES MAGISTRATE JUDGE


Approved as to form:

_/s/ Alstyn Bennett_____
Alstyn Bennett
Assistant U.S. Attorney

8

<b><u>PENALTY SLIP</u></b>

<u>**UNITED STATES v. ALEXANDER DIONY HLEUKA**</u>

<u>**COUNTS 1–2:**</u>

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 641 – Theft of Government Property |
| PENALTY: | Imprisonment of not more than one year, a fine of not more than $100,000.00, <u>or both</u>. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | 1 year |

<u>**COUNT 3:**</u>

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1361 – Willful Injury and Depredation Against Any Property of the United States |
| PENALTY: | Imprisonment of not more than one year, a fine of not more than $100,000.00, <u>or both</u>. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | 1 year |