PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Apr 03, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER DIONY HLEUKA,<br><br>　　　　　　　Defendant. | 2:23-MJ-0002-JDP<br><br>**ORDER RE: REQUEST TO UNSEAL COMPLAINT AND ARREST WARRANT** |

　　Upon application of the United States of America and good cause having been shown,

　　**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

Dated: April 3, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE