UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 7, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER DIONY HLEUKA,<br><br>Defendant. | Case No. 2:23-mj-00002-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALEXANDER DIONY HLEUKA</u> Case No. <u>2:23-mj-00002-JDP</u> Charges <u>18 USC § 641</u> from custody for the following reasons:

    <u>  x  </u>   Release on Personal Recognizance

    <u>      </u>   Bail Posted in the Sum of $ <u>           </u>

                  <u>      </u>   Unsecured Appearance Bond $ <u>           </u>

                  <u>      </u>   Appearance Bond with 10% Deposit

                  <u>      </u>   Appearance Bond with Surety

                  <u>      </u>   Corporate Surety Bail Bond

                <u>  x  </u>   (Other): <u>Release forthwith and with terms as stated on the record.</u>

Issued at Sacramento, California on June 7, 2024 at 2:15 PM

Dated:  June 7, 2024

                                             */s/ Deborah Barnes*
                                             DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE